# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-2439

_____

BERNARD COOPER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jefferson County.
Dawn Caloca-Johnson, Judge.

February 19, 2025

PER CURIAM.

Bernard Cooper challenges his convictions and life sentences for one count of lewd or lascivious molestation and three counts of sexual battery on a child. Cooper contends that the State impermissibly bolstered witnesses, badgered a defense witness, and made improper statements during closing arguments. Cooper concedes that his trial counsel failed to adequately preserve objections to the prosecutor's statements and actions. Therefore, we review for fundamental error. *Goodwin v. State,* 751 So. 2d 537, 544 (Fla. 1999) ("If the error is not properly preserved or is unpreserved, the conviction can be reversed only if the error is 'fundamental.'"). Having thoroughly examined the record on appeal, we conclude no fundamental error occurred.

AFFIRMED.

OSTERHAUS, C.J., and BILBREY and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Robert David Malove of Robert David Malove, P.A., Fort Lauderdale, for Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.